**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6164**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

ROBERT KENNEDY, JR., a/k/a Mosquito,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville. Norman K. Moon, Senior District Judge. (4:01-cr-70025-NKM-1)

_____

Submitted: May 31, 2012          Decided: June 6, 2012

_____

Before KING, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Kennedy, Jr., Appellant Pro Se. Joseph W. H. Mott, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Kennedy, Jr., appeals the district court's orders denying his motion for reduction in sentence under 18 U.S.C. § 3582(c)(2) (2006) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Kennedy, No. 4:01-cr-70025-NKM-1 (W.D. Va. Dec. 1, 2011 & Jan 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2